# Arnold & Porter

Lori B. Leskin
+1 212.836.8541 Direct
Lori.Leskin@arnoldporter.com

December 2, 2025

**VIA ECF**

Honorable Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re: Request with Consent for Extension to Respond to Complaint (Dkt. 1)
*Alaimo v. Kind Patches Limited*, No. 1:25-cv06092-FB-CHK

Dear Judge Block and Magistrate Judge Kaminsky:

I am counsel to defendant Kind Patches Limited ("Kind") and write to respectfully request a 60-day extension of time for Kind to answer, move or otherwise respond to Plaintiff's Complaint (Dkt. 1) in the above-referenced matter. In support hereof, and consistent with this Court's individual rules, Kind states as follows:

1) The current deadline to answer, move or otherwise respond to Plaintiff's Complaint is December 5, 2025. Kind requests a 60-day extension of this deadline to January 5, 2026.

2) There have been no prior requests for or agreements to an extension in this matter.

3) This request is made to allow the parties additional time to investigate and discuss this matter before Kind's deadline to respond to the Complaint.

4) Plaintiff's counsel has communicated to Kind that they consent to this 60-day extension.

      Kind does not request this extension for any improper purpose and further submits that no party will be prejudiced by this extension.

                        Respectfully,

                        Lori B. Leskin
                        *Counsel for Defendant Kind Patches Limited*

Cc:    Raphael Janove
        Janove PLLC
        500 7th Avenue, 8th Floor
        New York, New York 10018
        Tel.: (64) 347-3940
        Email: raphael@janove.law

        *Attorney for Plaintiff*