UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA ALAIMO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>KIND PATCHES LIMITED,<br><br>        Defendant. | Case No. 1:25-cv-06092-FB-CHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Maria Alaimo, and her counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against Defendant Kind Patches Limited.

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted,<br><br>*/s/ Raphael Janove*<br>Raphael Janove<br>**JANOVE PLLC**<br>500 7th Ave., 8th Floor<br>New York, NY 10018<br>Tel: (646) 347-3940<br>Email: raphael@janove.law |